Vincent J. Velardo (13610)
Thomas J. Rollins (14773)
**LITCHFIELD CAVO, LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
rollins@litchfieldcavo.com

Attorneys for Defendant
Cincinnati Insurance Company

---

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| GOLDENWEST FEDERAL CREDIT UNION,<br><br>  Plaintiff,<br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>  Defendant. | **NOTICE OF REMOVAL**<br><br>Case No.:  1-17-cv-00170-DB<br><br>Judge Dee Benson |

## TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

The Cincinnati Insurance Company ("Cincinnati"), the defendant/petitioner in the above-captioned action, respectfully provides this Notice of Removal to this Court of an action now pending in the Second Judicial District Court, Davis County, State of Utah. As grounds for removal, defendant/petitioner, by their attorneys, Litchfield Cavo LLP, respectfully sets forth the following:

1. On the 1st day of August, 2017, an action was purportedly commenced against the defendant/petitioner in the Second Judicial District Court, Davis County, State of Utah, entitled *Goldenwest Federal Credit Union v. Cincinnati Insurance Company,* by filing a copy of the summons and complaint with the Clerk of the Court. (True and correct copies are annexed hereto as Exhibit "A".)

2. The summons and complaint annexed hereto constitute "all process, pleadings and order" purportedly served upon the defendant in the aforesaid action, within the meaning of 28 U.S.C. §1446(a).  Defendant/petitioner has not answered the complaint and the time within which they may answer or move with respect to the complaint has not expired.

3. Defendant/petitioner received a copy of the complaint on or after October 11, 2017.  A Notice of Removal is being filed within thirty days after receipt by Cincinnati of a copy of the complaint, and is timely filed under 28 U.S.C. §1332.

4. Upon the information provided in the summons and complaint, at the time this action was commenced, plaintiffs reside in the State of Utah.

5. At the time of the commencement of this action, Cincinnati was and is incorporated in Ohio and has its principal place of business in Ohio.

6. The above described action is a civil action wherein the amount in controversy exceeds $75,000, and of which this court has diversity jurisdiction under the provisions of Title 28, U.S.C. §1441, in that plaintiff's principal place of business is in the State of Utah; and that Cincinnati was and is incorporated in Ohio and has its principal place of business in Ohio.

**WHEREFORE**, petitioners pray that the above action now pending in the Second Judicial District Court, State of Utah, County of Davis, be removed therefrom to this Court.

Dated: Salt Lake City, Utah
October 31, 2017

Respectfully submitted,

**LITCHFIELD CAVO LLP**

By: /s/ Vincent J. Velardo
Vincent J. Velardo
Thomas J. Rollins (
420 East South Temple, Suite 510
Salt Lake City, Utah 84111
(801) 410-4982
*Attorneys for Defendant/Petitioner*
  *CINCINNATI INSURANCE COMPANY*

TO: Bruce L. Richards
Dean A. Stuart
BRUCE L. RICHARDS & ASSOCIATES
455 East 500 South
Salt Lake City, UT 84111
Via Email and Regular U.S. Mail