```
                        2nd District- Farmington
                     DAVIS COUNTY, STATE OF UTAH


        GOLDENWEST FEDERAL CREDIT UNIO vs.  CINCINNATI NSURANCE COMPANY
CASE NUMBER 170700857 Contracts
_____


CURRENT ASSIGNED JUDGE
        GLEN R DAWSON


PARTIES
        Plaintiff -  GOLDENWEST FEDERAL CREDIT UNIO
        Represented by: DEAN A STUART
        Defendant -  CINCINNATI NSURANCE COMPANY


ACCOUNT SUMMARY
        TOTAL REVENUE  Amount Due:          360.00
                       Amount Paid:         360.00
                            Credit:           0.00
                           Balance:           0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                        Amount Due:         360.00
                       Amount Paid:         360.00
                     Amount Credit:           0.00
                           Balance:           0.00


PROCEEDINGS
08-01-17 Filed: Complaint
08-01-17 Case filed
08-01-17 Fee Account created       Total Due:         360.00
08-01-17 COMPLAINT - NO AMT S      Payment Received:        360.00
08-01-17 Note: discovery tier set to 2
08-01-17 Judge GLEN R DAWSON assigned.
08-01-17 Filed: Return of Electronic Notification
08-03-17 Filed return: Summons on Return upon TRISHA FULLEN for
                  Party Served: CINCINNATI NSURANCE COMPANY
                  Service Type: Personal
                  Service Date: August 02, 2017
08-03-17 Filed: Return of Electronic Notification
10-31-17 Filed: Notice of Removal from Second Judicial Court Farmington
         to US District Court
Printed: 12/06/17 15:06:19            Page 1
```

```
CASE NUMBER 170700857 Contracts
_____

10-31-17 Case Disposition is Removed Fed Court
         Disposition Judge is GLEN R DAWSON
10-31-17 Filed: Return of Electronic Notification
```