# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GOLDENWEST FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>    Defendant. | **FIRST AMENDED SCHEDULING ORDER**<br><br>Case No.:  1:17-cv-00170-DB-EJF<br><br>Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

Having reviewed the parties' Stipulated Motion to Amend Case Scheduling Order (ECF No. 13), and for good cause appearing, the Court GRANTS the Motion and hereby enters the following deadlines.  The deadlines cannot be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6:

**\*ALL TIMES 5:00 P.M. UNLESS OTHERWISE INDICATED\***

**1.     PRELIMINARY MATTERS                                    DATE**

Nature of claims and any affirmative defenses:

| | | | |
|---|---|---|---|
| | a. | Was Rule 26(f)(1) Conference held? | Completed |
| | b. | Have the parties submitted the Attorney Planning Meeting Form? | Completed |
| | c. | Deadline for 26(a)(1) Initial Disclosure? | Completed |

1

**2.** **DISCOVERY LIMITATIONS**                                       **NUMBER**

    a.    Maximum Number of Depositions by Plaintiff(s)    10

    b.    Maximum Number of Depositions by Defendant(s)    10

    c.    Maximum Number of Hours for Each Deposition    7
(unless extended by agreement of parties)

    d.    Maximum Interrogatories by any Party to any Party    25

    e.    Maximum requests for admissions by any Party to any Party    25

    f.    Maximum requests for production by any Party to any Party    Unlimited

    g.    The Parties shall handle discovery of electronically stored information as follows:

Information to be presented to opposing counsel in electronic form using a .pdf format unless the information cannot be provided in .pdf format.

    h.    The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows: Personal identifying information will be redacted before any documents or information is submitted to any deposition or trial witnesses or submitted to the Court.

    i.    Last day to serve written discovery:    08/31/18

    j.    Close of fact discovery:    01/31/19

    k.    Final date for supplementation of disclosures and discovery under Rule 26(e)    30 days prior to trial

3.  **AMENDMENT OF PLEADINGS/ADDING PARTIES**

    a.  Last Day to File Motion to Amend Pleadings     Complete

    b.  Last Day to File Motion to Add Parties         Complete

4.  **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS**

    **Disclosures**

    a.  Part(ies) bearing burden of proof              Complete

    b.  Counter disclosures                            Complete

    **Reports**

    a.  Part(ies) bearing burden of proof              Complete

    b.  Counter reports                                Complete

5.  **OTHER DEADLINES**

    a.  Last day of Expert discovery                   02/28/19

    b.  Deadline for filing dispositive or potentially 02/28/19
        dispositive motions

    c.  Deadline for filing partial or complete motions   02/28/19
        to exclude expert testimony

6.  **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

    a.  Referral to Court-Annexed Mediation:                No

    b.  Referral to Court-Annexed Arbitration:              No

    c.  The parties will complete Private Mediation/
        Arbitration by:                                     03/01/19

    d.  Evaluate case for Settlement/ADR on                 Completed

    e.  Settlement probability: The potential for resolution before trial is not known at this time.

3

**7.  TRIAL AND PREPARATION FOR TRIAL**

    a.    Rule 26(a)(3) Pretrial Disclosures

        Plaintiff      05/31/19

        Defendant      06/14/19

    b.    Objections to Rule 26(a)(3) Disclosures      00/00/00
        (if different than 14 days provided in Rule)

    c.    Special Attorney Conference on or before      06/28/19

    d.    Settlement Conference on or before      06/28/19

    e.    Final Pretrial Conference      2:30 p.m.      07/22/19

    f.    Trial

        i. Jury Trial      3 days      8:30 a.m.      08/05/19

**8.  OTHER MATTERS**

Parties shall file all Motions in Limine well in advance of the Final Pre-Trial.

DATED this 25th day of October, 2018.

Evelyn J. Furse
United States Magistrate Judge