IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GOLDENWEST FEDERAL CREDIT UNION,<br><br>             Plaintiff,<br><br>v.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 1:17-cv-170-DB<br><br>District Judge Dee Benson |

It is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment (Dkt.

No. 18) is GRANTED and this action is DISMISSED with prejudice.


DATED this 28th day of October, 2019.


BY THE COURT:

_____

Dee Benson
United States District Judge